UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Cleofas Fernandez,<br>　　　　*Plaintiff*, | §<br>§<br>§ |
| v. | § Civil Action No. H-21-503<br>§ |
| Fiesta Mart, LLC,<br>　　　　*Defendant*. | §<br>§<br>§ |

## Order of Adoption

On May 19, 2022, Magistrate Judge Peter Bray recommended that the court grant Fiesta Mart's motion for summary judgment. (20) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on June 9, 2022.

Lynn N. Hughes
United States District Judge